1  Jess B. Millikan, SBN 095540
   E-mail: jess.millikan@bullivant.com
2  Samuel H. Ruby, SBN 191091
   E-mail: samuel.ruby@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Defendants Hamburger
   Versicherungs, Winterthur Insurance
7  Company and Belgian Marine Insurers

8

                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 | INTERPOOL, INC., INTERPOOL LIMITED,      | Case No.: C-06-03421 SC
   | and TRAC LEASE, INC.,                     |
13 |                                           | [PROPOSED]
   |              Plaintiff,                   |
14 |                                           | ORDER UPON STIPULATION
   |       vs.                                 | REMANDING ACTION
15 |                                           |
   | HAMBURGER VERSICHERUNGS,                  | Hearing Date:  July 28, 2006
16 | WINTERTHUR INSURANCE COMPANY,             | Time:          10:00 a.m.
   | BELGIAN MARINE INSURERS, S.A., and        | Judge:         Hon. Samuel Conti
17 | DOES 1-20,                                |
   |                                           |
18 |              Defendant.                   |

19

20

21

22

23

24

25

26

27

28

                                   – 1 –

[PROPOSED] ORDER UPON STIPULATION REMANDING ACTION

## STIPULATION

Whereas, defendants removed this action from the Superior Court for the County of San Francisco;

Whereas, plaintiffs have filed a motion to remand;

Whereas, due to the dual citizenship of Interpool Ltd., complete diversity is lacking;

The parties, through their undersigned counsel, hereby stipulate that this action be remanded to the Superior Court, with each party to bear its own costs and attorneys' fees with respect to the removal and remand.

DATED: July 6, 2006

BULLIVANT HOUSER BAILEY PC

By _____
   Jess B. Millikan
   Samuel H. Ruby

Attorneys for Defendants HAMBURGER VERSICHERUNGS, WINTERTHUR INSURANCE COMPANY and BELGIAN MARINE INSURERS

DATED: July 7, 2006

KEESAL, YOUNG & LOGIN

By _____
   Peter R. Boutin
   Kim Alexander Kane

Attorneys for Plaintiffs INTERPOOL, INC., INTERPOOL LIMITED, and TRAC LEASE, INC.

-2-
[PROPOSED] ORDER UPON STIPULATION REMANDING ACTION

## **ORDER**

Pursuant to the foregoing stipulation, this action is remanded to the Superior Court for the County of San Francisco. Each party shall bear its own costs and attorneys' fees with respect to the removal and remand.

IT IS SO ORDERED.

Dated: July 7, 2006



IT IS SO ORDERED
Judge Samuel Conti

6069813.1